No. 86–264. ALFARONE ET AL. *v.* BERNIE WOLFF CONSTRUCTION CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–296. BALKO ET AL. *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 86–300. FROST *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–307. CITY OF PADUCAH ET AL. *v.* INVESTMENT ENTERTAINMENT, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–313. GONZALEZ *v.* PUBLIC HEALTH TRUST, AKA JACKSON MEMORIAL HOSPITAL. C. A. 11th Cir. Certiorari denied.

No. 86–318. BAILEY *v.* FEDERAL INTERMEDIATE CREDIT BANK OF ST. LOUIS. C. A. 8th Cir. Certiorari denied.

No. 86–332. MOONEY, DBA BETHEL STEEL CO., ET AL. *v.* GREATER NEW CASTLE DEVELOPMENT CORP. Sup. Ct. Pa. Certiorari denied.

No. 86–335. BAUMGARTNER, EXECUTOR OF THE ESTATE OF BAUMGARTNER *v.* FIRST CHURCH OF CHRIST, SCIENTIST, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–338. BERRY ET AL. *v.* AETNA CASUALTY & SURETY CO. C. A. 5th Cir. Certiorari denied.

No. 86–339. NATIONAL GYPSUM CO. ET AL. *v.* SCHOOL DISTRICT OF LANCASTER ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–343. YOUNG ET AL. *v.* SEABOARD SYSTEM RAILROAD CO. C. A. 5th Cir. Certiorari denied.

No. 86–348. ASSIGNED CONTAINER SHIP CLAIMS, INC. *v.* AMERICAN PRESIDENT LINES, LTD., ET AL. C. A. 9th Cir. Certiorari denied.